**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Reginald Dewayne JEFFRIES,**
**Defendant–Appellant.**

**No. 12–6256.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 26, 2012.

Decided: May 1, 2012.

Reginald Dewayne Jeffries, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Jill Westmoreland Rose, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Dewayne Jeffries appeals the district court's order denying his "Motion for Public Access to CJA Itemization of Attorney Fees and Services w/Dates." We

have reviewed the record and found no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jeffries,* No. 1:07–cr–00056–MR–1 (W.D.N.C. Jan. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*